UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

In re:

**KENNETH E. MOORE**

**Case No. 16-11440**

**Debtor**

**Chapter 7**

**Judge Hopkins**

**KENNETH E. MOORE**

Adversary Case No. 17-1035

**Plaintiff(s)**

v.

**UNITED STATES DEPARTMENT OF EDUCATION, et al.**

**Defendant(s)**

### JOINT STIPULATION OF DISMISSAL

Debtor Kenneth E. Moore and Defendant United States Department of Education hereby stipulate to the dismissal of Plaintiff's Adversary Complaint (Doc. No. 1) *with prejudice* pursuant to Fed. Bankr. R. 7041 and Civ. R. 41(a)(1)(A)(ii).

Respectfully Submitted,

/s/ Brian D. Flick, Esq.
Brian D. Flick (081605)
DannLaw
P.O. Box. 6031040
Cleveland, OH 44103
Telephone: 216-373-0539
Facsimile:  216-373-0536
notices@dannlaw.com
*Attorneys for Plaintiff*

        Benjamin C. Glassman
        United States Attorney

        /s//Nicholas J. Pantel
        NICHOLAS J. PANTEL (0021329)
        Assistant United States Attorney
        221 East Fourth Street, Suite 400
        Cincinnati, Ohio 45202
        Office: (513) 684-3711
        Fax: (513) 684-6972
        E-mail: Nicholas.Pantel@usdoj.gov
        *Attorney for Defendant United States Department of Education*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Joint Stipulation of Dismissal* was served (i) **electronically** on the date of filing through the Court's ECF system on all ECF participants registered in this case and (ii) by **ordinary US Mail** on September 17, 2018 and addressed to:

Kenneth E. Moore
6111 Hamilton Middletown Road
Monroe, OH, 45044

        /s/ Brian D. Flick, Esq.
        Brian D. Flick, Esq. #0081605